■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESTINY PORTER, Appellant. [895 NYS2d 920]—Appeal from a judgment of the Erie County Court (Thomas P. Franczyk, J.), rendered October 7, 2008. The judgment convicted defendant, upon her plea of guilty, of attempted kidnapping in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN P. LAVILLA, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 10, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.